**UNITED STATES of America, on the Relation of Jacob GREENBERG, Petitioner-Appellant, v. Fred S. PULVER, United States Marshal for the Eastern District of New York, and Edward E. Fay, United States Commissioner for the Eastern District of New York, Respondents-Appellees.**

No. 128.

Circuit Court of Appeals, Second Circuit.

Nov. 7, 1932.

Harold L. Turk and Phillip F. Seigenfeld, both of Brooklyn, N. Y., for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Emanuel Bublick, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Orders (1 F. Supp. 909) affirmed.

**UNITED STATES of America ex rel. Anthony PUGLIESE, Petitioner-Appellant, v. Hon. Frederick S. PULVER, United States Marshal for the Eastern District of New York, Respondent-Appellee.**

**UNITED STATES of America ex rel. Anthony PUGLIESE, Petitioner-Appellant, v. Hon. Edward E. FAY, United States Commissioner for the Eastern District of New York.**

Nos. 209, 210.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Sylvester & Harris, of New York City (Charles Lincoln Sylvester, of New York City, of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Emanuel Bublick, Asst. U. S. Attys., both of Brooklyn, N. Y., of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Beavers v. Henkel, 194 U. S. 73, 24 S. Ct. 605, 48 L. Ed. 882, and U. S. ex rel. Scharlon v. Pulver (C. C. A.) 54 F.(2d) 261.

**Hayes VAN GORDER, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, at Atlanta, Georgia, Appellee.**

No. 6547.

Circuit Court of Appeals, Fifth Circuit.

Oct. 15, 1932.

Hayes Van Gorder, in pro. per.

Clint W. Hager, U. S. Atty., and Hal Lindsay, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Austin v. United States (C. C. A.) 19 F.(2d) 127, and Boyd v. Archer (C. C. A.) 42 F.(2d) 43, 70 A. L. R. 1507, the judgment is affirmed.